

# Heritage

Precision Herbs is a manufacturing business co-founded by Dr. and Mrs. Overman. Due to the death of Dr. James Overman on May 18, 2012, Precision Herbs is now owned and operated by Sharon Overman with the assistance of Dr. Eric Pierce. We manufacture over 600 herbal remedies, subtle energy devices and electronic devices. Our precision formulated herbal products are each specifically designed to accomplish one particular health goal as well as we possibly can. Our products have been formulated by Dr. James R. Overman, N.D., and Dr. Eric A. Pierce, N.D.



*James R. Overman, B.A., M.A., M.H., M.Div., N.D., C.N.H.P.*

**Education and memberships**

Dr. Overman had a bachelor of Arts in chemistry from Indiana University, a Master of Arts in Biological Chemistry from the University of Michigan, a Master of Divinity from Grace Theological Seminary, a Master Herbalist and Doctor of Naturopathy from Trinity College of Natural Health. He also did postgraduate work in Old Testament and Hebrew at Grace Theological Seminary. He was a Certified Natural Health Professional and was a member of the American Association of Nutritional Consultants, the National Health Federation and a lifetime member of the Philippine College for the Advancement of Medicine.

**Teaching Experience**

He was a former recipient of a teaching fellowship in Biological Chemistry at the University of Michigan. He taught Biological Sciences at Grace College and Southeastern Christian College. He taught the Parasite Capstone Seminar for the Certified Natural Health Professionals in major US cities. At the request of the Philippine Department of Health, he taught over 1000 medical personnel muscle testing techniques and his infectious disease program in November, 2005, 2006 and 2007.

He, personally, mentored four natural healthcare professionals and taught numerous seminars in the major cities of the United States and the Republic of the Philippines. He taught 350 church leaders from 7 African nations his unique infectious disease program in 2005.

**Speaking Engagements**

Dr. Overman was a popular speaker in alternative health conventions. He spoke for the Philippine College for the Advancement of Medicine in Manila, Davao, Tagaytay City, Subic, Cebu City, Illo Illo, and Cagayon de Oro. He lectured for the Health Freedom Expo in Dallas, TX., Chicago, IL, Richmond, VA and Long Beach, CA. He lectured for the American Naturopathic Medical Association, Freedom of Choice in Cancer Therapy, the International Association of Colon Hydrotherapists and the International Congress on Anti-Aging Medicine and Regenerative Biomedical Technologies.

**Publications**

Among his publications are Overcoming Parasites Naturally and several, professionally recorded, seminars on DVD sets.

**Ministry**

He was an ordained minister of the gospel and preached for over 50 years in many churches on three continents. He served as a Christian missionary for three years in Belize, Central America. He served as pastor, elder, missionary, etc. in many churches over the years. He did short term missionary work in Kenya and the Philippines. He established a tropical infectious disease clinic in Nairobi, Kenya along with missions director, Dale McLean, in July, 2003.

**Work Experience**

He worked three summers as a chemist for the Crane Naval Ammunition Depot in Crane, Indiana and ten years as chief chemist for Warsaw Chemical Company in Warsaw, Indiana, where he formulated many institutional cleaning products. He established Overman's Woodcrafts and made over 7000 bent hickory rocking chairs and other rustic furniture. He and his six sons planted over two million trees.

**Family**

He and his wife, Sharon, raised eleven children and have twenty-nine grandchildren and one great-grandchild. They also have five step- grandchildren and two step-great-grandchildren.

**Research**

Dr. Overman did extensive research on the elimination of parasites using herbal products and electronic instruments. He developed muscle testing techniques to identify parasites and toxins in the body. He designed the Harmonic Quad zapper, the Harmonic Transmitter, and other electronic healthcare instruments and subtle energy devices. He formulated effective parasite-killing herbal products and formulated herbal products to repair parasite damage in every organ and tissue of the

body. He identified and eliminated the parasites in over 17,000 people in six of the seven continents of the world. He formulated herbal products to detoxify the body, repair free radical, radiation and mutation damage, normalize gene switching and promote the formation of new cells in every tissue of the body.

**Christian Faith**

Dr. Overman was a dedicated Christian, who gave all the credit for his success to God, who created him, to Jesus Christ, who saved him from destruction and to the Holy Spirit, who guided and empowered him.

To take advantage and benefit from this information, you must become a private member of our Private Healthcare Membership Association in the private domain.
Click here (https://199.115.216.107/association-membership) to learn more.

## DISCOVER

About Us (https://199.115.216.107/about-us)

Mission (https://199.115.216.107/our-mission)

Association (https://199.115.216.107/association-membership)

Meet the Team (https://199.115.216.107/meet-the-team)

Purity (https://199.115.216.107/purity)

Potency (https://199.115.216.107/potency)

Health Consultation (https://199.115.216.107/health-consultation)

Mission Project (https://199.115.216.107/mission-project)

Blog (https://199.115.216.107/blog)

Glossary (https://199.115.216.107/ingredient-glossary)

Heritage (https://199.115.216.107/heritage)

Herbal Products (https://199.115.216.107/product-list)

Specialty Products (https://199.115.216.107/specialty-product-list/)

Educational Products (https://199.115.216.107/educational-product-list/)

## FOLLOW US

Twitter (https://twitter.com/ph_phma)

Facebook (https://www.facebook.com/pages/Precision-Herbs/161248313895591?ref=br_tf)

YouTube (https://www.youtube.com/channel/UCaE_BJr5q2CWah4XjZjSWqA)

## OUR LOCATION

Precision Herbs
9804 Township Road 89
Killbuck, OH 44637

Phone: 330-276-6511
Fax: 330-276-0411

## PAYMENT METHOD

  
  


(https://verify.authorize.net/anetseal/?pid=876931bb-cbda-4520-ad0e-ed3dfc15adde&rurl=https%3A//www.precisionherbs.com/)

 (https://ssl.comodo.com/)

© 2014, Precision Herbs, A Private Healthcare Membership Association. All Rights Reserved.     Web Design and Development by Cynexis Media (http://www.cynexis.com)