

## Association Membership

**Why must I Join Your Private Healthcare Membership Association to Purchase Your Products?**

If you know anything about alternative medicine, you know that the AMA, FDA, FTC and the pharmaceutical companies make life difficult for anyone who tries to manufacture, promote or sell anything, that actually helps people get well. They make so many laws that restrict what supplement manufacturers can do or say, that most supplements don't really do that much. We want to offer products that work extremely well, to actually fix numerous health problems.

We have found a solution to that huge problem! Government agencies have a mandate to protect "the public" but have very limited jurisdiction over 1st and 14th amendment, private membership associations. By being a private healthcare membership association, we are free to serve our members, with the help they so desperately need. Joining a private membership association is a small price to pay for such a wonderful freedom - the freedom to take charge of your own health! Do you really want the government to micro manage your healthcare choices?

To become a member of the Precision Herbs Private Healthcare Membership Association, we ask you to read and fill out a contract. You may fill out our contract online by clicking the link below or it is available here as an Adobe pdf document.

If you do not have the free Adobe viewer, you can download it here (http://www.adobe.com/).

Download the Precision Herbs PHMA membership contract here (https://old.precisionherbs.com/images/pdf/MembershipContractforPrecisionHerbs.pdf).

JOIN TODAY! (https://precisionherbs.com/user/register)

For those of you who wish to have a consultation at Original Design Wellness Center PHMA , you will first need to fill out a contract for them, which you can find here (https://old.precisionherbs.com/images/pdf/OriginalDesignWellness.pdf).

To return the contract you can fax it to Precision Herbs 330-276-0411, or mail it to Precision Herbs.

Precision Herbs, A Private Healthcare Membership Association
9804 Township Rd 89
Killbuck, OH 44637

If you have a scanner, you can also scan the contract and e-mail it as an attachment to sales @ precisionherbs.com (mailto:sales@precisionherbs.com).

To return the contract to Original Design Wellness Center PHMA you can fax it to 330-276-1401 or mail it to Original Design Wellness Center PHMA.

Original Design Wellness Center PHMA
9227 Township Rd 82
Millersburg, OH 44654

If you have a scanner you can also scan the contract and e-mail it as an attachment to delo@precisionherbs.com.

What is a private membership association? Click here (https://old.precisionherbs.com/images/pdf/WhatisaPrivateMembershipAssociation.pdf) for more information. If you would like to make your own business a Private Membership Association, please call 330.276.6511 for more information.

To take advantage and benefit from this information, you must become a private member of our Private Healthcare Membership Association in the private domain.
Click here (https://199.115.216.107/association-membership) to learn more.

### DISCOVER

About Us (https://199.115.216.107/about-us)

Mission (https://199.115.216.107/our-mission)

Association (https://199.115.216.107/association-membership)

Meet the Team (https://199.115.216.107/meet-the-team)

Purity (https://199.115.216.107/purity)

Potency (https://199.115.216.107/potency)

Health Consultation (https://199.115.216.107/health-consultation)

Mission Project (https://199.115.216.107/mission-project)

Blog (https://199.115.216.107/blog)

Glossary (https://199.115.216.107/ingredient-glossary)

Heritage (https://199.115.216.107/heritage)

Herbal Products (https://199.115.216.107/product-list)

Specialty Products (https://199.115.216.107/specialty-product-list/)

Educational Products (https://199.115.216.107/educational-product-list/)

### FOLLOW US

Twitter (https://twitter.com/ph_phma)

Facebook (https://www.facebook.com/pages/Precision-Herbs/161248313895591?ref=br_tf)

YouTube (https://www.youtube.com/channel/UCaE_BJr5q2CWah4XjZjSWqA)

### OUR LOCATION

Precision Herbs
9804 Township Road 89
Killbuck, OH 44637

Phone: 330-276-6511
Fax: 330-276-0411

### PAYMENT METHOD

(https://ssl.comodo.com/)

(https://verify.authorize.net/anetseal/?pid=876931bb-cbda-4520-ad0e-ed3dfc15adde&rurl=https%3A//www.precisionherbs.com/)

© 2014, Precision Herbs, A Private Healthcare Membership Association. All Rights Reserved.

Web Design and Development by Cynexis Media (http://www.cynexis.com)