Home (https://precisionherbs.com) » Harmonic (https://precisionherbs.com/specialty-product-list/harmonic) » **Harmonic Combo**

(https://precisionherbs.com/sites/default/files/default_images/no_image_small_0.gif)

## Similar Products

| Chromatherapy Goggles (https://precisionherbs.com/content/chromatherapy-goggles) Used to promote healing through color therapy $191.53 | Harmonic Antenna (https://precisionherbs.com/harmonic-antenna) $53.50 | Harmonic Quad HQ5 (https://precisionherbs.com/content/harmonic-quad-hq5) $373.43 | Harmonic Quad Upgrade (https://precisionherbs.com/content/harmonic-quad-upgrade) $53.50 | Harmonic Transmitter (https://precisionherbs.com/content/harmonic-transmitter) $267.50 | Harmonic Transmitter Agricultural (https://precisionherbs.com/content/harmonic-transmitter-agricultural) $267.50 | Harmonic Transmitter Upgrade (https://precisionherbs.com/content/harmonic-transmitter-upgrade) $10.70 | Housing Replacement (https://precisionherbs.com/content/housing-replacement) $10.70 | Jack installation (https://precisionherbs.com/content/jack-installation) $6.42 | Red Insulated Meridian TCS (https://precisionherbs.com/content/red-insulated-pocket-meridian) $41.7 |

## Harmonic Combo

**$373.43**

Quantity * [1]

**Add To Cart**

**Review:**

No votes yet

read all reviews (https://precisionherbs.com/comments/216)
write a review (https://precisionherbs.com/comment/reply/216)

**Short Description:**
The Harmonic Combo unites the function of the Harmonic Quad and the Harmonic Transmitter in one unit.

**Keywords:** Harmonic, harmonic, Combo, combo

---

**Product Information**    **Additional Information**    **Practioner Information**

This Harmonic Combo has the benefits of the Harmonic Quad HQ5 and the Harmonic Transmitter in one unit. This unit can be used the same as the other two great units. The only power that this unit uses is a 9 VAC adapter (included). No batteries are required.   What is a Harmonic Combo: The Harmonic Combo is a frequency generator that produces four main frequencies that will transmit through the hand holds or the internal antenna. These frequencies mix together to generate hundreds of harmonics, hence the name Harmonic Combo. The Harmonic Combo combines the function of the Harmonic Quad and the Harmonic Transmitter into one unit which can perform both functions at the same time.  It is not recommended for use in a clinic since infectious agents in organs and tissues will be killed before the healthcare professional can identify the infectious agents to suggest the proper herbal products to kill the invaders in the gastro-intestinal tract.  It is primarily designed for constant use in homes, offices, etc. with the option of using the handholds or Harmonic Quad accessories at the same time.  Its compact size results from two factors.  The first is the absence of batteries.  The second is a breakthrough in antenna technology that allows us to use a much smaller antenna.  The new antenna is also much more efficient than the old one used in the Harmonic Transmitter and Harmonic Antenna which increases the transmission range from 540 feet laterally to 1100 feet in all directions. The new antenna is no longer directional so the Combo will work in any position. The Harmonic Combo effectively kills amoeba, bacteria, protozoa, viruses, mycoplasmas, slime molds, mildew, spirochetes, Nanobacteria, worms, flukes, and weaponized bacteria from biological warfare research. It also denatures prions by using the handhold feature.  It is very effective for dealing with internal parasites throughout the body with the exception of inside the intestinal tract and inside cells. Fortunately, the zapper

or transmitter does not penetrate the intestinal tract, and the nineteen species of beneficial bacteria necessary for healthy intestines are retained. Herbs are used for dealing with parasites inside the intestinal tract. For dealing with parasites inside cells, Dr. Overman has formulated an herbal combination called Puricell. This combination is used to break open cells that contain invaders such as viruses, bacteria, mycoplasmas, Nanobacteria, slime molds, and protozoa. The invaders are left exposed to the bodys immune system for destruction. It has been helpful in fighting Lyme disease, hepatitis C, shingles, malaria, and other diseases in which the invaders spend time inside cells where antibiotics and herbal remedies cannot reach them. Using the Harmonic Combo: Frequencies are transmitted the whole time the unit is plugged into the house current. In this mode the unit is operating the same as a Harmonic Transmitter. In addition, you may use the handholds to zap giving it the function of a Harmonic Quad. You may also use it with all the accessories made for the Harmonic Quad. This Combo zapper kills amoeba, protozoa, flukes, pinworms, roundworms, tape worms, tongue worms, bacteria, spirochetes, mycoplasmas, nanobacteria, weaponized bacteria, viruses, fungi, slime molds, mildews, and yeasts in organs and tissues. Always use it with herbal combinations to kill pathogens in the gastro-intestinal tract. The Harmonic Combo will also denature prions in the tissues that are not inside cells and certain animal toxins and allergens when used with the handholds. The range of the Harmonic Combo antenna is up to 1100 feet in all directions. The beneficial effect is strongest when a person is close to the device and lessens as the person moves away. Beyond the maximum range, the effect is negligible. There is no switch. The unit works the whole time it is plugged in to power. You can use the handholds or any Harmonic Quad accessory at the same time you are transmitting the killing frequencies into the surrounding area. Caution! Beneficial bacteria may be killed in such products as probiotic supplements, starter cultures for making yogurt and starter cultures for sour dough bread. Home-brewed beer and wine may not ferment properly. Regular store-bought baker's yeast will not be killed. Beneficial bacteria in the gastro-intestinal tract will not be killed. See the feature article A Comparison of the Harmonic Quad, Harmonic Transmitter and Harmonic Combo.

To take advantage and benefit from this information, you must become a private member of our Private Healthcare Membership Association in the private domain.
Click here (https://199.115.216.107/association-membership) to learn more.

## DISCOVER

About Us (https://199.115.216.107/about-us)
Mission (https://199.115.216.107/our-mission)
Association (https://199.115.216.107/association-membership)
Meet the Team (https://199.115.216.107/meet-the-team)
Purity (https://199.115.216.107/purity)
Potency (https://199.115.216.107/potency)
Health Consultation (https://199.115.216.107/health-consultation)
Mission Project (https://199.115.216.107/mission-project)
Blog (https://199.115.216.107/blog)
Glossary (https://199.115.216.107/ingredient-glossary)
Heritage (https://199.115.216.107/heritage)

## FOLLOW US

Twitter (https://twitter.com/ph_phma)
Facebook (https://www.facebook.com/pages/Precision-Herbs/161248313895591?ref=br_tf)
YouTube (https://www.youtube.com/channel/UCaE_BJr5q2CWah4XjZjSWqA)

## OUR LOCATION

Precision Herbs
9804 Township Road 89
Killbuck, OH 44637

Phone: 330-276-6511
Fax: 330-276-0411

## PAYMENT METHOD

(https://ssl.comodo.com/)

(https://verify.authorize.net/anetseal/?pid=876931bb-cbda-4520-ad0e-ed3dfc15adde&rurl=https%3A//www.precisionherbs.com/)

Herbal Products
(https://199.115.216.107
/product-list)

Specialty Products
(https://199.115.216.107
/specialty-product-list/)

Educational Products
(https://199.115.216.107
/educational-product-
list/)

© 2014, Precision Herbs, A Private Healthcare Membership Association. All Rights Reserved.

Web Design and Development by Cynexis Media (http://www.cynexis.com)