Home (https://precisionherbs.com) » Specialty Accessories (https://precisionherbs.com/specialty-product-list/specialty-accessories)
» **Electrolysis Foot Tub**



(https://precisionherbs.com/sites/default/files/foottub_7_0.jpg)



Similar Products

| Memory and Concentration Attachment (https://precisionherbs.com/content/memory-and-concentration-attachment) | Meridian Attachment (https://precisionherbs.com/content/meridian-attachment) | Food Zapping Attachment (https://precisionherbs.com/content/food-zapping-attachment) | Pain Attachment (https://precisionherbs.com/content/pain-attachment) | 9 Volt Adapter (https://precisionherbs.com/content/9-volt-power-adapter) 9 Volt Power Adapter | Cord necklace for Pendant (https://precisionherbs.com/content/cord-necklace-pendant) | Handhold - Single - Stainless (https://precisionherbs.com/content/handhold-single-stainless) | Seizure Attachment (https://precisionherbs.com/content/seizure-attachment) | 9 Volt Power Adapter (https://precisionherbs.com/content/9-volt-international-power-adapter) 9 Volt International Power Adapter | Switch Repair (https://precisionherbs.com/content/switch...) |
|---|---|---|---|---|---|---|---|---|---|
| $64.20 | $41.73 | $52.43 | $64.20 | $10.70 | $2.00 | $13.38 | $64.20 | $19.26 | $16.0 |

## Electrolysis Foot Tub

**$32.10**

Quantity * [1]

**Add To Cart**

**Review:**

No votes yet

read all reviews (https://precisionherbs.com/comments/178)
write a review (https://precisionherbs.com/comment/reply/178)

| Product Information | Additional Information | Practioner Information |
|---|---|---|

This device attaches to the leads of a Harmonic Quad 5 zapper. The device removes toxins from the body through the feet. Cationic toxins accumulate in one compartment of the foot tub and anionic toxins accumulate in the other. It takes about 10 minutes. It is a great help to people with weak kidneys.

To take advantage and benefit from this information, you must become a private member of our Private Healthcare Membership Association in the private domain.
Click here (https://199.115.216.107/association-membership) to learn more.

## DISCOVER

About Us (https://199.115.216.107/about-us)

Mission (https://199.115.216.107/our-mission)

Association (https://199.115.216.107/association-membership)

Meet the Team (https://199.115.216.107/meet-the-team)

Purity (https://199.115.216.107/purity)

Potency (https://199.115.216.107/potency)

Health Consultation (https://199.115.216.107/health-consultation)

Mission Project (https://199.115.216.107/mission-project)

Blog (https://199.115.216.107/blog)

Glossary (https://199.115.216.107/ingredient-glossary)

Heritage (https://199.115.216.107/heritage)

Herbal Products (https://199.115.216.107/product-list)

Specialty Products (https://199.115.216.107/specialty-product-list/)

Educational Products (https://199.115.216.107/educational-product-list/)

## FOLLOW US

Twitter (https://twitter.com/ph_phma)

Facebook (https://www.facebook.com/pages/Precision-Herbs/161248313895591?ref=br_tf)

YouTube (https://www.youtube.com/channel/UCaE_BJr5q2CWah4XjZjSWqA)

## OUR LOCATION

Precision Herbs
9804 Township Road 89
Killbuck, OH 44637

Phone: 330-276-6511
Fax: 330-276-0411

## PAYMENT METHOD

(https://ssl.comodo.com/)

(https://verify.authorize.net/anetseal/?pid=876931bb-cbda-4520-ad0e-ed3dfc15adde&rurl=https%3A//www.precisionherbs.com/)

© 2014, Precision Herbs, A Private Healthcare Membership Association. All Rights Reserved.

Web Design and Development by Cynexis Media (http://www.cynexis.com)