Home (https://precisionherbs.com) » Specialty Accessories (https://precisionherbs.com/specialty-product-list/specialty-accessories) » Healing Detox Attachment

(https://precisionherbs.com/sites/default/files/default_images/no_image_small_0.gif)

Similar Products

| Memory and Concentration Attachment (https://precisionherbs.com/content/memory-and-concentration-attachment) $64.20 | Meridian Attachment (https://precisionherbs.com/content/meridian-attachment) $41.73 | Extensive Device Repair (https://precisionherbs.com/content/extensive-device-repair) $53.50 | Pain Attachment (https://precisionherbs.com/content/pain-attachment) $64.20 | 9 Volt Adapter (https://precisionherbs.com/content/9-volt-power-adapter) 9 Volt Power Adapter $10.70 | Cord necklace for Pendant (https://precisionherbs.com/content/cord-necklace-pendant) $2.00 | Food Zapping Attachment (https://precisionherbs.com/content/food-zapping-attachment) $52.43 | Seizure Attachment (https://precisionherbs.com/content/seizure-attachment) $64.20 | 9 Volt International Power Adapter (https://precisionherbs.com/content/9-volt-international-power-adapter) 9 Volt International Power Adapter $19.26 | Switch Repair (https://precisionherbs.com/content/switch-repair) $16.0 |

## Healing Detox Attachment

**$148.73**

Quantity * 1

Add To Cart

**Review:**

No votes yet

read all reviews (https://precisionherbs.com/comments/224)
write a review (https://precisionherbs.com/comment/reply/224)

**Short Description:**
When used with the MagnaZap it will remove toxins from cells and the liver will detoxify them and remove them from the body. Usually there is no discomfort or side effects.

**Keywords:** Healing, healing, Detox, detox, Attachment, attachment

**Product Information**    **Additional Information**    **Practioner Information**

Removing Toxins from Inside Cells   Handhold: Healing Detox Attachment. (This is the same tool developed for the Harmonic Quad). Handhold position: place the round end of the Healing Detox Attachment flat against the right side of the body. Puck orientation: South out. Puck position: On left side of body. If there are a lot of toxins inside the cells, it may take several hours to get them out. This not only takes them out of the cells, it also empowers the liver enzymes to detoxify them and remove them from the body. Muscle test the percent efficiency of the cells. You are finished when the percent efficiency reaches 100%. It may be best to muscle test how long to use it now. You may need to do repeat sessions on following days.. Caution: Do not use this application if you have bluegreen algae toxins. It will remove them too quickly without destroying them and cause you tremendous pain and suffering. Muscle test how long to do this procedure.

To take advantage and benefit from this information, you must become a private member of our Private Healthcare Membership Association in the private domain.
Click here (https://199.115.216.107/association-membership) to learn more.

### DISCOVER

About Us (https://199.115.216.107/about-us)

Mission (https://199.115.216.107/our-mission)

Association (https://199.115.216.107/association-membership)

Meet the Team (https://199.115.216.107/meet-the-team)

Purity (https://199.115.216.107/purity)

Potency (https://199.115.216.107/potency)

Health Consultation (https://199.115.216.107/health-consultation)

Mission Project (https://199.115.216.107/mission-project)

Blog (https://199.115.216.107/blog)

Glossary (https://199.115.216.107/ingredient-glossary)

Heritage (https://199.115.216.107/heritage)

Herbal Products (https://199.115.216.107/product-list)

Specialty Products (https://199.115.216.107/specialty-product-list/)

Educational Products (https://199.115.216.107/educational-product-list/)

### FOLLOW US


Twitter (https://twitter.com/ph_phma)


Facebook (https://www.facebook.com/pages/Precision-Herbs/161248313895591?ref=br_tf)

YouTube (https://www.youtube.com/channel/UCaE_BJr5q2CWah4XjZjSWqA)

### OUR LOCATION

Precision Herbs
9804 Township Road 89
Killbuck, OH 44637

Phone: 330-276-6511
Fax: 330-276-0411

### PAYMENT METHOD

(https://ssl.comodo.com/)

(https://verify.authorize.net/anetseal/?pid=876931bb-cbda-4520-ad0e-ed3dfc15adde&rurl=https%3A//www.precisionherbs.com/)

© 2014, Precision Herbs, A Private Healthcare Membership Association. All Rights Reserved.

Web Design and Development by Cynexis Media (http://www.cynexis.com)