Home (https://precisionherbs.com) » Capsules (https://precisionherbs.com/product-list/capsules) » Carcinogex

(https://precisionherbs.com/sites/default/files/default_images/no_image_small.gif)



### Similar Products

**Nuclear Virex** (https://precisionherbs.com/content/nuclear-virex-0) $35.31

**Perificirc** (https://precisionherbs.com/perificirc) $70.62

**Plasma Health** (https://precisionherbs.com/content/plasma-health) $35.31

**Chickweed Salve** (https://precisionherbs.com/content/chickweed-salve) $20.00

**GABA Complete** (https://precisionherbs.com/content/gaba-complete) $35.31

**Mitochondria** (https://precisionherbs.com/content/mitochondria) $35.31

**Morgon Bath** (https://precisionherbs.com/content/morgon-bath) $52.97

**Skin SCR** (https://precisionherbs.com/content/skin-scr) $35.31

**Blue Ice Fermented Cod Liver Gel Caps** (https://precisionherbs.com/content/blue-ice-fermented-cod-liver-gel-caps) $30.00

**Horse Save** (https://precisionherbs.com/content/horse...) $52.9

## Carcinogex

**$35.31**

Size * [ - Select - ]

Quantity * [1]

**Add To Cart**

**Review:**

No votes yet

read all reviews (https://precisionherbs.com/comments/107)
write a review (https://precisionherbs.com/comment/reply/107)

Used historically to help remove carcinogenic chemicals.

---

**Product Information** | **Additional Information** | **Practioner Information**

**Target:**

To remove carcinogenic chemicals from tumors.

**Suggested use:**

Take 1 to 2 capsules 2 times a day.

**Available in:** 60ct

**Ingredients:**

Capsules: apple fruit pectin, marshmallow root, ginkgo bilboa leaf, cellulase

---

To take advantage and benefit from this information, you must become a private member of our Private Healthcare

Membership Association in the private domain.
Click here (https://199.115.216.107/association-membership) to learn more.

## DISCOVER

About Us (https://199.115.216.107/about-us)

Mission (https://199.115.216.107/our-mission)

Association (https://199.115.216.107/association-membership)

Meet the Team (https://199.115.216.107/meet-the-team)

Purity (https://199.115.216.107/purity)

Potency (https://199.115.216.107/potency)

Health Consultation (https://199.115.216.107/health-consultation)

Mission Project (https://199.115.216.107/mission-project)

Blog (https://199.115.216.107/blog)

Glossary (https://199.115.216.107/ingredient-glossary)

Heritage (https://199.115.216.107/heritage)

Herbal Products (https://199.115.216.107/product-list)

Specialty Products (https://199.115.216.107/specialty-product-list/)

Educational Products (https://199.115.216.107/educational-product-list/)

## FOLLOW US

Twitter (https://twitter.com/ph_phma)

Facebook (https://www.facebook.com/pages/Precision-Herbs/161248313895591?ref=br_tf)

YouTube (https://www.youtube.com/channel/UCaE_BJr5q2CWah4XjZjSWqA)

## OUR LOCATION

Precision Herbs
9804 Township Road 89
Killbuck, OH 44637

Phone: 330-276-6511
Fax: 330-276-0411

## PAYMENT METHOD

 
 

(https://ssl.comodo.com/)



(https://verify.authorize.net/anetseal/?pid=876931bb-cbda-4520-ad0e-ed3dfc15adde&rurl=https%3A//www.precisionherbs.com/)

© 2014, Precision Herbs, A Private Healthcare Membership Association. All Rights Reserved.

Web Design and Development by Cynexis Media (http://www.cynexis.com)