Home (https://precisionherbs.com) » Capsules (https://precisionherbs.com/product-list/capsules) » **Wild Yam Root 340 mg**



(https://precisionherbs.com/sites/default/files/WildYamRoot_60_1.png)



### Similar Products

| Nuclear Virex (https://precisionherbs.com/content/nuclear-virex-0) $35.31 | Test product (https://precisionherbs.com/content/test-product) $1.00 | Perificirc (https://precisionherbs.com/content/perificirc) $70.62 | Plasma (https://precisionherbs.com/content/plasma-health) $35.31 | GABA complete (https://precisionherbs.com/content/gaba-complete) $35.31 | Mitochondria (https://precisionherbs.com/content/mitochondria) Mitochondria $35.31 | Women's Tonic (https://precisionherbs.com/content/womens-tonic) $35.31 | Kidney Toxigene (https://precisionherbs.com/content/kidney-toxigene) $35.31 | Rem-ZZ (https://precisionherbs.com/content/rem-zz) $35.31 | Copper Zinc Balance (https://precisionherbs.com/content/copper-zinc-b) $35.31 |
|---|---|---|---|---|---|---|---|---|---|

## Wild Yam Root 340 mg

**$19.47**

Size * - Select -

Quantity * 1

Add To Cart

**Review:**

No votes yet

read all reviews (https://precisionherbs.com/comments/531)

write a review (https://precisionherbs.com/comment/reply/531)

Used historically to aid women in menopause.

**Product Information**   **Additional Information**   **Practioner Information**

**Target:**

Menopause.

**Suggested use:**

Take 1 or 2 capsules 2 times a day.

**Available in:** 60ct.

**Ingredients:**

Capsules: wild yam root, cellulase

To take advantage and benefit from this information, you must become a private member of our Private Healthcare Membership Association in the private domain.
Click here (https://199.115.216.107/association-membership) to learn more.

### DISCOVER

About Us (https://199.115.216.107/about-us)

Mission (https://199.115.216.107/our-mission)

Association (https://199.115.216.107/association-membership)

Meet the Team (https://199.115.216.107/meet-the-team)

Purity (https://199.115.216.107/purity)

Potency (https://199.115.216.107/potency)

Health Consultation (https://199.115.216.107/health-consultation)

Mission Project (https://199.115.216.107/mission-project)

Blog (https://199.115.216.107/blog)

Glossary (https://199.115.216.107/ingredient-glossary)

Heritage (https://199.115.216.107/heritage)

Herbal Products (https://199.115.216.107/product-list)

Specialty Products (https://199.115.216.107/specialty-product-list/)

Educational Products (https://199.115.216.107/educational-product-list/)

### FOLLOW US

Twitter (https://twitter.com/ph_phma)

Facebook (https://www.facebook.com/pages/Precision-Herbs/161248313895591?ref=br_tf)

YouTube (https://www.youtube.com/channel/UCaE_BJr5q2CWah4XjZjSWqA)

### OUR LOCATION

Precision Herbs
9804 Township Road 89
Killbuck, OH 44637

Phone: 330-276-6511
Fax: 330-276-0411

### PAYMENT METHOD




(https://ssl.comodo.com/)



(https://verify.authorize.net/anetseal/?pid=876931bb-cbda-4520-ad0e-ed3dfc15adde&rurl=https%3A//www.precisionherbs.com/)

© 2014, Precision Herbs, A Private Healthcare Membership Association. All Rights Reserved.

Web Design and Development by Cynexis Media (http://www.cynexis.com)