Home (https://precisionherbs.com) » Capsules (https://precisionherbs.com/product-list/capsules) » Digestive



(https://precisionherbs.com/sites/default/files/Digestive_60ct_1.png)



## Similar Products

| Nuclear Virex (https://precisionherbs.com/content/nuclear-virex-0) | Perificirc (https://precisionherbs.com/perificirc) | Plasma (https://precisionherbs.com/content/plasma-health) | GABA Complete (https://precisionherbs.com/content/gaba-complete) | Mitochondria (https://precisionherbs.com/content/mitochondria) Mitochondria | YeastImune (https://precisionherbs.com/content/yeastimune) | DNA Support (https://precisionherbs.com/content/dna-support) | LymphoFlam (https://precisionherbs.com/content/lymphoflam) | Stop Watchgene (https://precisionherbs.com/content/stop-watchgene) | Pit (https://…/content) |
|---|---|---|---|---|---|---|---|---|---|
| $35.31 | $70.62 | $35.31 | $35.31 | $35.31 | $35.31 | $35.31 | $35.31 | $35.31 | $35.31 |

## Digestive

**$35.31**

Size * - Select -

Quantity * 1

Add To Cart

**Review:**

No votes yet

read all reviews (https://precisionherbs.com/comments/153)

write a review (https://precisionherbs.com/comment/reply/153)

Used historically to support the submucosal tissue of the small intestines.

**Product Information**   **Additional Information**   **Practioner Information**

Used historically to support the submucosa of the small intestines.

**Target:**

Submucosa in small intestines.

**Formula Objectives:**

1. To motivate and support optimal health and function of the submucosal tissue of the small intestines.

2. To motivate and support optimal production of healthy digestive cells. Of particular focus are the following: Enterocyte cells, Goblet cells, I cells, Pancreatic Stellate cells, S Cells, and Tuft cells.

**Suggested use:**

Take 1 to 2 capsules 2 times a day.

**Available in:** 60ct and 160ct

**Ingredients:**

Capsules: Burdock leaf, sassafras root, dandelion root (roasted), Lammy cherry, pleurisy root, radish seed, turmeric, L-Carnosine, Cellulase, and Magnesium Sulfate.

To take advantage and benefit from this information, you must become a private member of our Private Healthcare Membership Association in the private domain.
Click here (https://199.115.216.107/association-membership) to learn more.

## DISCOVER

About Us (https://199.115.216.107/about-us)

Mission (https://199.115.216.107/our-mission)

Association (https://199.115.216.107/association-membership)

Meet the Team (https://199.115.216.107/meet-the-team)

Purity (https://199.115.216.107/purity)

Potency (https://199.115.216.107/potency)

Health Consultation (https://199.115.216.107/health-consultation)

Mission Project (https://199.115.216.107/mission-project)

Blog (https://199.115.216.107/blog)

Glossary (https://199.115.216.107/ingredient-glossary)

Heritage (https://199.115.216.107/heritage)

Herbal Products (https://199.115.216.107/product-list)

Specialty Products (https://199.115.216.107/specialty-product-list/)

Educational Products (https://199.115.216.107/educational-product-list/)

## FOLLOW US

Twitter (https://twitter.com/ph_phma)

Facebook (https://www.facebook.com/pages/Precision-Herbs/161248313895591?ref=br_tf)

YouTube (https://www.youtube.com/channel/UCaE_BJr5q2CWah4XjZjSWqA)

## OUR LOCATION

Precision Herbs
9804 Township Road 89
Killbuck, OH 44637

Phone: 330-276-6511
Fax: 330-276-0411

## PAYMENT METHOD

(https://ssl.comodo.com/)

(https://verify.authorize.net/anetseal/?pid=876931bb-cbda-4520-ad0e-ed3dfc15adde&rurl=https%3A//www.precisionherbs.com/)

© 2014, Precision Herbs, A Private Healthcare Membership Association. All Rights Reserved.

Web Design and Development by Cynexis Media (http://www.cynexis.com)