

(https://precisionherbs.com/sites/default/files/Bone_Build_160ct_1.png)



## Similar Products

Nuclear Virex (https://precisionherbs.com/content/nuclear-virex-0)

$35.31

Perificirc (https://precisionherbs.com/content/perificirc)

$70.62

Plasma Health (https://precisionherbs.com/content/plasma-health)

$35.31

GABA Complete (https://precisionherbs.com/content/gaba-complete)

$35.31

Mitochondria (https://precisionherbs.com/content/mitochondria) Mitochondria

$35.31

Wormex (https://precisionherbs.com/content/wormex)

$70.62

DNA Support (https://precisionherbs.com/content/dna-support)

$35.31

Hydrangea Extract (https://precisionherbs.com/content/hydrangea-extract)

$35.31

Sodium Channel Two (https://precisionherbs.com/content/sodium-channel-two)

$35.31

Blood Build (https://precisionherbs.com/content/blood-build)

$35.3

## Bone Build

**$70.62**

Size * | - Select -

Quantity * |1

**Add To Cart**

Used historically to supply the minerals required to build the bones.

**Review:**

No votes yet

☐ read all reviews (https://precisionherbs.com/comments/85)

☑ write a review (https://precisionherbs.com/comment/reply/85)

**Product Information**   **Additional Information**   **Practioner Information**

**Target:**

Minerals required to build bones.

**Suggested use:**

Take 2 to 3 capsules 2 times a day.

**Available in:** 160ct

**Ingredients:**

Capsules: dicalcium phosphate, magnesium oxide, bladderwrack, lakeweed, pie pumpkin fruit, zinc oxide, cellulase

To take advantage and benefit from this information, you must become a private member of our Private Healthcare Membership Association in the private domain.
Click here (https://199.115.216.107/association-membership) to learn more.

## DISCOVER

About Us (https://199.115.216.107/about-us)

Mission (https://199.115.216.107/our-mission)

Association (https://199.115.216.107/association-membership)

Meet the Team (https://199.115.216.107/meet-the-team)

Purity (https://199.115.216.107/purity)

Potency (https://199.115.216.107/potency)

Health Consultation (https://199.115.216.107/health-consultation)

Mission Project (https://199.115.216.107/mission-project)

Blog (https://199.115.216.107/blog)

Glossary (https://199.115.216.107/ingredient-glossary)

Heritage (https://199.115.216.107/heritage)

Herbal Products (https://199.115.216.107/product-list)

Specialty Products (https://199.115.216.107/specialty-product-list/)

Educational Products (https://199.115.216.107/educational-product-list/)

## FOLLOW US

Twitter (https://twitter.com/ph_phma)

Facebook (https://www.facebook.com/pages/Precision-Herbs/161248313895591?ref=br_tf)

YouTube (https://www.youtube.com/channel/UCaE_BJr5q2CWah4XjZjSWqA)

## OUR LOCATION

Precision Herbs
9804 Township Road 89
Killbuck, OH 44637

Phone: 330-276-6511
Fax: 330-276-0411

## PAYMENT METHOD

(https://ssl.comodo.com/)

(https://verify.authorize.net/anetseal/?pId=876931bb-cbda-4520-ad0e-ed3dfc15adde&rurl=https%3A//www.precisionherbs.com/)

© 2014, Precision Herbs, A Private Healthcare Membership Association. All

Web Design and Development by Cynexis Media (http://www.cynexis.com)

Rights Reserved.