Home (https://precisionherbs.com) » Capsules (https://precisionherbs.com/product-list/capsules) » **Male Vitality**



(https://precisionherbs.com/sites/default/files/Male_Vitality_160ct_1.png)



### Similar Products

| Nuclear Virex (https://precisionherbs.com/content/nuclear-virex-0) $35.31 | Perificirc (https://precisionherbs.com/content/perificirc) $70.62 | Plasma Health (https://precisionherbs.com/content/plasma-health) $35.31 | GABA Complete (https://precisionherbs.com/content/gaba-complete) $35.31 | Mitochondria (https://precisionherbs.com/content/mitochondria) $35.31 | NuSkin (https://precisionherbs.com/content/nuskin) $35.31 | Spirulina 500 mg (https://precisionherbs.com/content/spirulina-500-mg) $16.55 | Disc (https://precisionherbs.com/content/disc) $35.31 | Macu (https://precisionherbs.com/content/macu) $35.31 | Blood Build (https://precisionherbs.com/content/blood-build) $35.3 |

## Male Vitality

**$35.31**

Size *  - Select -

Quantity * 1

Add To Cart

**Review:**

No votes yet

read all reviews (https://precisionherbs.com/comments/294)
write a review (https://precisionherbs.com/comment/reply/294)

Nutritional support for the male reproductive system.

---

**Product Information**  **Additional Information**  **Practioner Information**

Nutritional support for the male reproductive system.

**Target:**

Male reproductive system.

**Suggested use:**

Take 1 to 2 capsules 2 times a day.

**Available in:** 60ct and 160ct.

**Ingredients:**

Capsules: kudzu root, milk thistle herb, motherwort, muira puama, oatstraw herb, plantain leaf, pumpkin fruit, witch hazel bark, wood betony, wormwood herb, yellow dock root, L-alanine, cellulase

To take advantage and benefit from this information, you must become a private member of our Private Healthcare Membership Association in the private domain.
Click here (https://199.115.216.107/association-membership) to learn more.

### DISCOVER

About Us (https://199.115.216.107/about-us)

Mission (https://199.115.216.107/our-mission)

Association (https://199.115.216.107/association-membership)

Meet the Team (https://199.115.216.107/meet-the-team)

Purity (https://199.115.216.107/purity)

Potency (https://199.115.216.107/potency)

Health Consultation (https://199.115.216.107/health-consultation)

Mission Project (https://199.115.216.107/mission-project)

Blog (https://199.115.216.107/blog)

Glossary (https://199.115.216.107/ingredient-glossary)

Heritage (https://199.115.216.107/heritage)

Herbal Products (https://199.115.216.107/product-list)

Specialty Products (https://199.115.216.107/specialty-product-list/)

Educational Products (https://199.115.216.107/educational-product-list/)

### FOLLOW US

Twitter (https://twitter.com/ph_phma)

Facebook (https://www.facebook.com/pages/Precision-Herbs/161248313895591?ref=br_tf)

YouTube (https://www.youtube.com/channel/UCaE_BJr5q2CWah4XjZjSWqA)

### OUR LOCATION

Precision Herbs
9804 Township Road 89
Killbuck, OH 44637

Phone: 330-276-6511
Fax: 330-276-0411

### PAYMENT METHOD

(https://ssl.comodo.com/)

(https://verify.authorize.net/anetseal/?pid=876931bb-cbda-4520-ad0e-ed3dfc15adde&rurl=https%3A//www.precisionherbs.com/)

© 2014, Precision Herbs, A Private Healthcare Membership Association. All Rights Reserved.

Web Design and Development by Cynexis Media (http://www.cynexis.com)