**Precision Herbs, LLC.**
9804 TR 89
Killbuck, OH  44637

330-276-6511         fax 330-276-0411         email: joverman@precisionherbs.com

June 6, 2008

Attn: Karen Gale Sego, Compliance Officer
Food and Drug Administration
6751 Steger Dr.
Cincinnati, OH  45237-3097

Re: WL CIN-08-36320-16, 21-May-08

Dear Ms. Sego:

These are the steps we are taking to assure that our products will be in full compliance with federal law:

1. The 15 products cited in your letter have been removed from the online store.
2. An order has been given to the employees that the 15 products in question not be manufactured or packaged until such time as the labels and literature can be made to comply with federal law.
3. We have started the process of reviewing all of our product labels, literature and website to bring our whole product line into full compliance with federal law.

Thank you for bringing this matter to our attention.

Respectfully,

*James R. Overman*

James R. Overman, President