**James R. Overman**
**Precision Herbs L.L.C.**
**9804 TR 89**
**Killbuck, OH. 44637**
**330-276-6511**

October 1st, 2009

U. S. Food and Drug Administration
Karen Gale Sego
Compliance Officer
6751 Steger Dr.
Cincinnati, OH. 45237-3097

**CERTIFIED MAIL -**
**RETURN  RECEIPT REQUESTED**

U. S. Food and Drug Administration
Cincinnati District
Annemarie Kleiza
Investigator
3820 Center Road
Brunswick, OH. 44212

**CERTIFIED MAIL -**
**RETURN  RECEIPT REQUESTED**

U. S. Food and Drug Administration
Cincinnati District
Steve Kilker
Investigator
3820 Center Road
Brunswick, OH. 44212

**CERTIFIED MAIL -**
**RETURN  RECEIPT REQUESTED**

U. S. Food and Drug Administration
Cincinnati District
Benjamin J. Dastoli
Investigator
3820 Center Road
Brunswick, OH. 44212

**CERTIFIED MAIL -**
**RETURN  RECEIPT REQUESTED**

U. S. Food and Drug Administration
6751 Steger Dr.
Cincinnati, OH. 45237-3097

**CERTIFIED MAIL -**
**RETURN  RECEIPT REQUESTED**

Re:    Rescission of Activities and Practices Involving Herbs, Electric Devices and
Subtle Energy Devices.

Dear Sir:

    This letter is written to inform your agency that any and all manufacturing and sale of
our products to the public is hereby terminated.  We now understand that your agency has

1

a mandate from Congress to protect the public. We also understand and respect that principle and we will assume that a cease and desist order had been issued by your agency without any further action on your part.

Be it known that we will fully comply with FDA statutes, regulations and orders in the future. We are also aware that your jurisdiction and authority is limited to the public domain, except for clear and present dangers of substantive evil per U.S. Supreme court decisions.

We also apologize for the expense, time and effort your agency has expended thus far and hope you realize that we never had any intent to violate the law in the past or future. We acted upon information and understandings of our research and various other persons and organizations. Apparently, some of that research and information was incorrect which has caused some concern and an investigation on your part. Please inform us as to anything we can do to redeem and mitigate ourselves from any civil and or/criminal sanctions by your agency. We believe that our only fault is a good faith mistaken understanding of the law.

Sincerely,

James R. Overman

Precision Herbs L.L.C.

By James R. Overman, President

2