**Precision Herbs, LLC.**
9804 TR 89
Killbuck, OH  44637

330-276-6511          fax 330-276-0411          email: joverman@precisionherbs.com

Oct. 1, 2009

This is now the fifth day that we have opened our doors to investigators, up to 3 at a time, from the FDA, even though they have not presented a search warrant. We have attempted to be courteous and have answered hundreds of questions as they searched through every part of our facility.

We have repeatedly assured them that we are trying to comply with the law. Since receiving a warning letter written May 21, 2008, we took immediate action to address the FDA's immediate concerns. I, James Overman, President, was very sick at the time. Shortly thereafter, expecting to die, I joined hospice to try to get some pain relief. I was in hospice for 6 months. About mid May I recovered enough to drop out of hospice and have been able to work part time since. Needless to say my extreme illness slowed our compliance efforts.

After multiple problems in changing our labeling, we were finally able to put our relabeling in high gear about the first part of September, 2009. Since the investigators arrived on Sept. 24, 2009, we have taken these steps toward compliance.

1. On Sept. 24th we were notified that there was some objectionable information on our web sites. That evening we closed the DrOvermanND.com site for revision. We also blocked access to information on the raw materials we use, from the PrecisionHerbs.com site.
2. We stopped selling all products at the end of the day on Sept. 28th until such time as we could relabel our products.
3. At the end of the day on Sept. 30th, we closed the PrecisionHerbs.com site for revision.
4. As of Sept. 29th all available employees have been put to work relabeling products.

Since our repeated attempts to assure the FDA investigators that we are trying to comply has not satisfied them, we have sought legal counsel.

From now on invoking our First Amendment, Fourth Amendment and Fifth Amendment rights under the constitution, we respectfully decline to answer any oral questions. If you have any more questions, please submit them in writing and we will respond.

Respectfully, James R. Overman