**James R. Overman**
**Precision Herbs L.L.C.**
**9804 TR 89**
**Killbuck, OH. 44637**
**330-276-6511**

October 5, 2009

U. S. Food and Drug Administration
Karen Gale Sego
Compliance Officer
6751 Steger Dr.
Cincinnati, OH. 45237-3097

<u>**CERTIFIED MAIL -**</u>
<u>**RETURN RECEIPT REQUESTED**</u>

U. S. Food and Drug Administration
Cincinnati District
Annemarie Kleiza
Investigator
3820 Center Road
Brunswick, OH. 44212

<u>**Hand Delivered**</u>

U. S. Food and Drug Administration
Cincinnati District
Steve Kilker
Investigator
3820 Center Road
Brunswick, OH. 44212

<u>**Hand Delivered**</u>

U. S. Food and Drug Administration
Cincinnati District
Benjamin J. Dastoli
Investigator
3820 Center Road
Brunswick, OH. 44212

<u>**Hand Delivered**</u>

U. S. Food and Drug Administration
6751 Steger Dr.
Cincinnati, OH. 45237-3097

<u>**CERTIFIED MAIL -**</u>
<u>**RETURN RECEIPT REQUESTED**</u>

Re:    Respondent's Notice of Extreme Duress and Protest.

Dear Sir:

This is our official letter of Notice of Extreme Duress and Protest. We have made every effort to be courteous and cooperative. We have repeatedly affirmed that we are making every effort to be in compliance with the law.

This is now the 6th day of your investigation. Your investigation is causing duress to all of our employees and disrupting our work.

Until such time as our request for a legal and proper Pre-Administrative Hearing is granted, we will grant you access to our facility only under extreme duress and protest.

This said Pre-Administrative Hearing and its characteristics are demanded by the U.S. Supreme Court in the cases of Goldberg v. Kelly, 25 L. Ed. 2d 287; Sniadach v. Family Finance Corp., 23 L. Ed. 2d 349 (and others). Flagrant violation of this demand voids any and all previous final determinations due to lack of proper administrative legal procedures in this case. It is clear that the attributes and aspects of a legal and proper Pre-Administrative Hearing were not fulfilled or accomplished before or during the investigation.

We also notify you that any and all future investigations are subject to recording with tape recorders and/or video cameras.

Sincerely,

*James R. Overman*
James R. Overman

Precision Herbs L.L.C.,
By *James R. Overman*
James R. Overman, President