James R. Overman
Precision Herbs
A Private Healthcare Membership Association
9804 TR 89
Killbuck, OH. 44637
330-276-6511

October 8, 2009

| | |
|---|---|
| U. S. Food and Drug Administration<br>Karen Gale Sego<br>Compliance Officer<br>6751 Steger Dr.<br>Cincinnati, OH. 45237-3097 | **CERTIFIED MAIL -<br>RETURN RECEIPT REQUESTED** |
| U. S. Food and Drug Administration<br>Cincinnati District<br>Annemarie Kleiza<br>Investigator<br>3820 Center Road<br>Brunswick, OH. 44212 | **CERTIFIED MAIL -<br>RETURN RECEIPT REQUESTED** |
| U. S. Food and Drug Administration<br>Cincinnati District<br>Steve Kilker<br>Investigator<br>3820 Center Road<br>Brunswick, OH. 44212 | **CERTIFIED MAIL -<br>RETURN RECEIPT REQUESTED** |
| U. S. Food and Drug Administration<br>Cincinnati District<br>Benjamin J. Dastoli<br>Investigator<br>3820 Center Road<br>Brunswick, OH. 44212 | **CERTIFIED MAIL -<br>RETURN RECEIPT REQUESTED** |

**Notice to FDA Investigators:**

**You may not enter the premises unless you:**

1.) Provide a copy of the official complaint founded upon probable cause.

2.)   Provide a pre-administrative hearing.

3.)   Provide proper answers to the Privacy Act and other required questions that must be responded to before the investigation begins.

4.)   Declare this investigation to be quasi-criminal, <u>not</u> civil and the standard of review is clear and convincing evidence; not preponderance of evidence.

5.)   Provide copies of oath of office and proof of filing for all officers and investigators involved in this case.

Oct 8, 2009
Date

James R. Overman
James R. Overman