

## About Us

Precision Herbs has been in operation and manufacturing quality products since the mid-1990s. We create alcohol-based tinctures, salves and vegetable-based encapsulations of our unique herbal formulas in small artisan batches to ensure freshness and optimal potency. For additional purity, the capsules we use are also Non-GMO Verified. Our company insists on the use of high-integrity ingredients, whether they be certified organic, cultivated without chemicals or wild-harvested. We currently carry over 500 products. Additionally, our facility can accommodate special size orders of our formulas no longer in production.

We also construct electronic devices (including warranty and service) that address individual wellness needs and improve daily living. One such device is the Harmonic Quad 5. The HQ5 is a frequency generator using five frequencies that, when combined, cover a wide range of parasites. There is no need to tune in to specific frequencies. We have found it to be the most effective device of its kind on market, with ease of use being at the top of its list of benefits.

Precision Herbs offers both retail and wholesale accounts, accommodating individual retail clients, as well as practitioners, and provides special arrangements for our products to be used for mission purposes. We also offer recorded seminars, available on DVD. If you own a business, be sure to check out our wholesale and affiliate programs, as well as marketing materials and additional reference pages.

We endeavor to have a product for your every need. Our selection of herbal products are unique synergistic formulations which have proven more effective in meeting the body's specific needs than single nutrient formulas.

As an added convenience, Precision Herbs ships worldwide, using FedEx as our main carrier.

To take advantage and benefit from this information, you must become a private member of our Private Healthcare Membership Association in the private domain.
Click here (https://199.115.216.107/association-membership) to learn more.

### DISCOVER

About Us (https://199.115.216.107/about-us)

Mission (https://199.115.216.107/our-mission)

Association (https://199.115.216.107/association-membership)

Meet the Team (https://199.115.216.107/meet-the-team)

Purity (https://199.115.216.107/purity)

### FOLLOW US

Twitter (https://twitter.com/ph_phma)

Facebook (https://www.facebook.com/pages/Precision-Herbs/161248313895591?ref=br_tf)

YouTube (https://www.youtube.com/channel/UCaE_BJr5q2CWah4XjZjSWqA)

### OUR LOCATION

Precision Herbs
9804 Township Road 89
Killbuck, OH 44637

Phone: 330-276-6511
Fax: 330-276-0411

### PAYMENT METHOD

(https://ssl.comodo.com/)

Potency (https://199.115.216.107/potency)

Health Consultation (https://199.115.216.107/health-consultation)

Mission Project (https://199.115.216.107/mission-project)

Blog (https://199.115.216.107/blog)

Glossary (https://199.115.216.107/ingredient-glossary)

Heritage (https://199.115.216.107/heritage)

Herbal Products (https://199.115.216.107/product-list)

Specialty Products (https://199.115.216.107/specialty-product-list/)

Educational Products (https://199.115.216.107/educational-product-list/)

(https://verify.authorize.net/anetseal/?pid=876931bb-cbda-4520-ad0e-ed3dfc15adde&rurl=https%3A//www.precisionherbs.com/)

© 2014, Precision Herbs, A Private Healthcare Membership Association. All Rights Reserved.

Web Design and Development by Cynexis Media (http://www.cynexis.com)