

# ALTERNATIVE HEALTH GROUP
## PO Box 5351
## Dillon, Co 81435

### Notice to the State Department of Insurance, State Health Services, FDA, EPA Investigators or Any Other State or Federal Inspectors

**You may not enter the premises unless you:**

1.) Provide a copy of the official complaint founded upon probable cause.

2.) Provide a pre-administrative hearing.

3.) Provide proper answers to the Privacy Act and other required questions must be responded to before the investigation begins.

4.) Declare this investigation to be quasi-criminal, not civil and the standard of review is clear and convincing evidence, not preponderance of evidence.

5.) Provide copies of oath of office and proof of filing for all officers and investigators involved in this case

_3/23/15_  _BENJAMIN DASTOLI_  _____
Date          Print name                 Signature

Attachment 1, Page 1

B30



# NOTICE:

## To All Unauthorized Persons Who would Enter These Premises

**THIS BUSINESS IS A MEMBER OF ALTERNATIVE HEALTH GROUP**
A 1st, 5th, and 14th Amendment Private Membership Association that contracts for services and benefits with private members only, not the public. Generally, our Association is outside the jurisdiction and authority of Federal and State Regulatory and Licensing Agencies except in the case where there is direct evidence of some activity that rises to a level of a clear and present danger of substantive evil. Otherwise, we claim and exercise our Right of Privacy of Association affairs, documents, records and membership lists unless a valid court order exists. If there is a valid court order, we will respectfully object and resist on the grounds of the provisions of the 1st, 4th, 5th, and 14th Amendments to the U.S. Constitution and several U.S. Supreme Court decisions upholding our objections to the threat of contempt sanctions. Also, we would request that any further communications be in writing. Any violations of our Private Association rights will be dealt with using the appropriate legal actions against the responsible parties in a Federal and/or State Court.

Attachment 1, Page 2

BJR