# FAX COVER SHEET

## Precision Herbs

*A Private Healthcare Membership Association*
9227 Township Road 82
Millersburg, OH 44654
**Organization Head Office: 330-276-0240**
Fax: 330-276-5014

| Fax Number: | From: |
|---|---|
| 330-225-7477 | Eric A. Pierce |
| **Attention:** | **Date:** |
| Benjamin J. Dastoli | 03/23/2015 |

Total pages, including cover: __2__

*Attachment 3 pg 1*
*MLH*

# Precision Herbs
*A Private Healthcare Membership Association*
## Organization Head Office
9227 Township Road 82
Millersburg, OH 44654
Phone: 330-276-0240
Fax: 330-276-5014

U.S. Food & Drug Administration
3820 Center Road
Brunswick, OH 44212

March 23, 2015

Attention: Benjamin J. Dastoli

On March 23, 2015 at 9:25 two investigators from your office delivered an inspection notice to our property. This document is incorrect or delivered to the wrong location. Specifically it stated that the firm name is "Precision Herbs LLC." At the address listed for the firm there is no "LLC" Precision Herbs is a private healthcare membership association and not an "LLC" Please note this in your records and apply such to any further communication. "Precision Herbs LLC" does not exist.

Thank you for your attention to this matter.

Sincerely,

Eric A. Pierce

*Attachment 3pg 2-*
*MLH*